| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Club Ventures Investments LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>DavidBartonGym | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>20-1250014 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>50 West 23rd Street 5th Floor<br>New York, New York<br>ZIP CODE 10011 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York, NY | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>POB 1994 Old Chelsea Station<br>New York, New York<br>ZIP CODE 10113 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Club Ventures Investments LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>See Attached | Case Number: | Date Filed:<br>03/02/2011 |
| District:<br>Southern District of New York | Relationship:<br>Subsidiaries | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (4/10) | | Page 3 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | | **Name of Debtor(s):** Club Ventures Investments LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
03/01/2011
Date

### Signature of Attorney*

X _/s/ David B. Shemano_____
Signature of Attorney for Debtor(s)
David B. Shemano
Printed Name of Attorney for Debtor(s)
Peitzman, Weg & Kempinsky LLP
Firm Name
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Address
(310) 552-3100
Telephone Number
03/01/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ David Barton_____
Signature of Authorized Individual
David Barton
Printed Name of Authorized Individual
Manager
Title of Authorized Individual
03/01/2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re: Club Ventures Investments LLC

## List of Affiliated Debtors

- Club Ventures II, LLC
- CV 2, LLC
- CV II Gym, LLC
- Club Ventures III, L.L.C.
- CV 3, LLC
- CV III Gym, LLC
- Club Ventures IV, LLC
- CV 4 LEASING, LLC
- CV IV Gym, LLC
- Club Ventures VI, LLC
- CV VI, LLC
- CV VII GYM, LLC
- Club Ventures VIII, LLC
- CV VIII GYM, LLC
- Club Ventures X, LLC
- CV X GYM, LLC
- DB 85 GYM CORP.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Club Ventures Investments LLC   ,
              Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

SEE
ATTACHED

Date:  03/01/2011

                                      Debtor
                            by David Barton, Manager

*[Declaration as in Form 2]*

# CONSOLIDATED LIST OF TOP 30 UNSECURED CREDITORS

| Name of creditor | Complete mailing address | Name, telephone number and mailing address of employee, agent, or dept of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, gov't contract, etc) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| Gansevoort South Hotel Spa Residences | 2377 Collins Ave. Miami Beach, FL 33139 | 305-604-1000 | Real Property Lease | | $1,794,380.47 |
| The Bravern, LLC | C/O Schnitzer W 818 Stewart Street, Suite 700 Seattle, WA 98101 | Thomas Woodward 425-456-8780 | Real Property Lease | | $1,187,580.47 |
| Mark Berkowitz | 235 West 56th Street, Apt 24D New York, NY 10019 | c/o William Weinstein Sanford Wittels & Heisler, LLP 950 Third Avenue, 10th Floor New York, NY 10022 (646) 723-2947 | Employment agreement | Disputed | $670,000 (not including claim of $2,900,000 based on right to equity interests) |
| Elan Ben-Avi | 500 E. 77th Street Apt 1615 New York, NY 10162 | 917-515-9454 | Employment agreement | Disputed | $532,560.00 |
| Tannenbaum Helpern Syracuse & Hirschtri | 900 Third Avenue New York, NY 10022-4775 | 212-508-6700 | Professional fees | | $183,500.08 |
| 30 E 85th Street Company | c/o Manhattan Skyline 103 West 55th Street New York, NY 10019 | Thomas Eschmann 212-408-0600 | Real Property Lease | | $149,380.16 |
| Morrison Cohen | 909 Third Avenue 27th Floor New York, NY 10022-4784 | Stephen Budow 212-554-7847 | Professional fees | | $115,471.25 |
| Moses & Singer LLP | 405 Lexington Avenue New York, NY 10174-1299 | Howard Herman 212-554-7800 212-554-7847 | Professional fees | | $115,132.28 |
| TTMC as Nominee 50 W23 ST A&B LLC | 45 Main Street, Ste 602 Brooklyn, NY 11201 | George Paster 718-625-5505 | Real Property Lease | | $102,664.69 |
| 600 West Chicago Associates LLC | PO Box 51055 Newark, NJ 07101-5155 | Gilbert Lawton 312-923-2330 | Real Property Lease | | $81,272.59 |
| American Exp - Platinum | P.O. Box 360001 Fort Lauderdale, FL 33336-0001 | 1-800-492-3344 | Credit Card | | $77,978.73 |
| The Seattle Times | PO Box C34805 Seattle, WA 98124 | 206-464-3200 | Trade | | $73,965.63 |
| New Tech Mechanical Systems Incorp. | 129 5th Avenue Bay Shore, NY 11706 | Renee 631-666-6686 | Trade | | $73,717.88 |
| CBIZ MHM, LLC | 1065 Sixth Av New York, NY 10018 | Jeff Gluck 212-790-5700 | Professional fees | | $54,162.55 |
| Studio Sofield | 380 Lafayette Street New York, NY 10003 | 212-473-1300 | Trade | | $50,784.91 |
| CEMUSA NY, LLC | 420 Lexington Avenue Suite 2533 New York, NY 10170 | 646-312-8513 | Trade | | $35,325.00 |
| Grainger | DEPT. 864993175 Palatine, IL 60038-0001 | 518-869-1431 | Trade | | $32,078.15 |
| Shadow Public Relations | 1133 Broadway, Suite 1222 New York, NY 10010 | 212.972.0277 | Trade | | $27,991.91 |
| V Magazine LLC | 11 Mercer Street Ground FL New York, NY 10013 | 646-452-6033 | Trade | | $27,500.00 |

# CONSOLIDATED LIST OF TOP 30 UNSECURED CREDITORS

| Name of creditor | Complete mailing address | Name, telephone number and mailing address of employee, agent, or dept of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, gov't contract, etc) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| DailyCandy, Inc. | 584 Broadway Suite 510 New York, NY 10012 | 646-435-9199 | Trade | | $26,503.00 |
| Good Air Commercial & Service | 2217 SW 58th Way Hollywood, FL 33023 | 954-964-6355 | Trade | | $22,750.00 |
| Van Wagner | 800 Third Avenue 28th Floor New York, NY 10022 | 212-699-8400 | Trade | | $22,000.00 |
| New York Magazine | 75 Varick St. New York, NY 10022 | Jennifer Siniscalchi 212-508-0721 212-508-0633 | Trade | | $19,445.00 |
| Core Sports Nutrition | 154 Marine St. Farmingdale, NY 11735 | 631-393-2815 | Trade | | $14,344.47 |
| ConEdison | JAF Station P.O. Box 1701 New York, NY 10116 | 1-800-752-6633 | Trade | | $13,875.07 |
| Polar Air Conditioning, Inc. | 300 East 93rd St. Suite 37B New Yok, NY 10128 | 212-534-3300 | Trade | | $13,738.76 |
| Mojoware | 206 Trenton street West Monroe, LA 71291 | 318-387-7891 800-439-6656 | Trade | | $13,267.70 |
| N.T.I.Linen Inc. | PO Box 3786 OakBrook, IL 60522-3786 | 866-789-9915 630-789-9915 | Trade | | $13,256.51 |
| Americare Systems, Inc. | 136 Arlington Avenue Bloomfield, NJ 7003 | 973-748-2390 | Trade | | $13,145.72 |
| Ocean Drive Magazine | BankofAmerica Lockbox Services 15329 Collections Center Drive Chicago, IL 60693 | 305-532-2544 | Trade | | $13,000.00 |

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date    03/01/2011

Signature _____

David Barton, Manager
(Print Name and Title)

| Attorney or Party Name, Address, Telephone & FAX Numbers, and State Bar Number | FOR COURT USE ONLY |
|---|---|
| David B. Shemano (NY State Bar No. 2481554)<br>Monsi Morales (*pro hac vice* application pending)<br>Kathryn F. Russo (NY State Bar No. 4659561)<br>PEITZMAN, WEG & KEMPINSKY LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>Telephone: (310) 552-3100<br>Fax: (310) 552-3101<br><br>Proposed Counsel for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>Club Ventures Investments LLC,<br><br>Debtor(s), | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to FRBP 1007(a)(1) and 7007.1

*Pursuant to FRBP 1007(a)(1) and 7007.1, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _____ David Barton _____, the undersigned in the above-captioned case, hereby declare

*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☐ I am the attorney for the debtor corporation

2. a.  ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   David Barton; John Howard; Praesidian II SPV 1, LP; Praesidian II SPV 2, LP; Praesidian Capital Investors, LP

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____  03/01/2011
Signature of Attorney or Declarant    Date

_____ David Barton _____
Printed Name of Attorney or Declarant

# UNANIMOUS WRITTEN CONSENT OF MANAGERS
# OF
# CLUB VENTURES INVESTMENTS LLC

The undersigned managers (the "Managers") of Club Ventures Investments LLC (the "Company"), hereby adopt the following resolutions, as authorized by applicable law and the Amended and Restated Limited Liability Company Agreement of the Company:

**WHEREAS**, the Managers have determined that it is in the best interests of the Company, its creditors, member and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code"); therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED**, that David Barton, in his capacity as Chief Executive Officer, be and hereby is authorized to:

a. Execute and verify or certify on behalf of the Company a petition under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as he shall determine is appropriate; and

b. Execute and file, or cause to be executed and filed, all petitions, schedules, lists, statements and other papers, and to take or direct any and all action that he deems necessary, proper or desirable in connection with the chapter 11 case for the Company with view toward the successful completion of the case or cases; and

c. Take or direct all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company and its subsidiaries.

Dated: February 28, 2011  **DAVID BARTON,**
as Manager of Club Ventures Investments LLC

_____
David Barton

Dated: February 28, 2011  **JASON DRATTELL,**
as Manager of Club Ventures Investments LLC



_____
Jason Drattell

Dated: February 28, 2011  **JOHN HOWARD,**
as Manager of Club Ventures Investments LLC



_____
John Howard

Dated: February 28, 2011    **DAVID BARTON,**
as Manager of Club Ventures Investments LLC

_____
David Barton

Dated: February 28, 2011    **JASON DRATTELL,**
as Manager of Club Ventures Investments LLC

_____
Jason Drattell

Dated: February 28, 2011    **JOHN HOWARD,**
as Manager of Club Ventures Investments LLC

_____
John Howard

Dated: February 28, 2011 **DAVID BARTON,**
as Manager of Club Ventures Investments LLC

_____
David Barton


Dated: February 28, 2011 **JASON DRATTELL,**
as Manager of Club Ventures Investments LLC

_____
Jason Drattell


Dated: February 28, 2011 **JOHN HOWARD,**
as Manager of Club Ventures Investments LLC

__Signature page to be subsequently submitted__
John Howard