PEITZMAN, WEG & KEMPINSKY LLP
David B. Shemano
Monsi Morales
Kathryn F. Russo
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 552-3100
Fax: (310) 552-3101

Proposed Counsel for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLUB VENTURES INVESTMENTS LLC, | ) | Case No. 11-10891 (ALG) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |
| | ) | |

**SIGNATURE PAGE OF JOHN HOWARD**
**TO UNANIMOUS WRITTEN CONSENT OF MANAGERS**

Club Ventures Investments LLC (the "**Debtor**") hereby submits as Exhibit A the signature page to the Unanimous Written Consent of Managers of the Debtor (the "**Corporate Resolution**") executed by John Howard. Exhibit A supplements the Corporate Resolution that was filed with the Voluntary Petition commencing the above-captioned chapter 11 case.

Dated  March 2, 2011
       Los Angeles, California

                            **PEITZMAN, WEG & KEMPINSKY LLP**

                            By:/s/   David B. Shemano_____
                                David B. Shemano
                            2029 Century Park East, Suite 3100
                            Los Angeles, CA 90067
                            Telephone: (310) 552-3100

                            Proposed Counsel for Debtors and Debtors-in-Possession

EXHIBIT A

Dated: February 28, 2011        **DAVID BARTON,**
                                as Manager of Club Ventures Investments LLC

                                _____
                                David Barton


Dated: February 28, 2011        **JASON DRATTELL,**
                                as Manager of Club Ventures Investments LLC

                                _____
                                Jason Drattell


Dated: February 28, 2011        **JOHN HOWARD,**
                                as Manager of Club Ventures Investments LLC

                                _____
                                John Howard

Hotel Adlon
Kempinski
BERLIN
