```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                    Chapter 11
In re

CLUB VENTURES INVESTMENTS LLC, et al.,                              Case No.  11-10891 (ALG)

                                                                    (Jointly Administered)
                                        Debtors.

------------------------------------------------------------------x
```

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of *Club Ventures Investments LLC, et al.*:

1. The Bravern, LLC
   818 Stewart Street, Suite 700
   Seattle, Washington 98101
   tel: 206-626-3750
   Attn: Tom Woodworth

2. RCK, LLC d/b/a Good Air
   Commercial & Service Division
   2217 SW 58th Way
   Hollywood, Florida 33023
   tel: 954-964-6355
   Attn: Yasin Khan

3. Polar Air Conditioning, Inc.
   45 Albin Road
   Carmel, New York 10512
   tel: 917-817-3115
   Attn: Michael Baione

Dated: New York, New York
       March 18, 2011

                                          Respectfully submitted,

                                          TRACY HOPE DAVIS
                                          UNITED STATES TRUSTEE

By:    */s/ Nazar Khodorovsky*
        Nazar Khodorovsky
        Trial Attorney
        33 Whitehall Street, 21st Floor
        New York, New York 10004-2112
        Tel. No. (212) 510-0500
        Fax. No. (212) 668-2255