# EXHIBIT C

# Duane Stullich



*Managing Director*

Duane Stullich is a co-founder of FocalPoint Partners and has extensive experience advising middle market companies with mergers and acquisitions (both healthy and distressed), leveraged transactions, private placements of debt and/or equity capital, private equity investing, debt restructurings, and financial opinions including solvency and fairness opinions. He is a frequent speaker to business groups regarding M&A related topics and has been published or quoted in Barron's and The Deal. In addition to being an accomplished investment banker, Mr. Stullich is also a seasoned entrepreneur. He was one of the key contributors to the establishment of the corporate finance department at Houlihan Lokey Howard & Zukin, a co-founder of Murphy Noell Capital, and, most recently, a co-founder of FocalPoint Partners. This entrepreneurial experience, combined with his multi-faceted career in corporate finance, has given him a unique understanding of entrepreneurial organizations and a proven ability to structure and close complex transactions.

During his career, Mr. Stullich has successfully closed approximately 50 M&A transactions, raised approximately $1.0 billion in middle market private placements (typically ranging from $10 to $50 million per transaction), advised numerous companies in financial distress, and completed several private equity investments. Mr. Stullich has broad industry expertise, including food products and distribution; retail, restaurants and health clubs; location-based entertainment; consumer products; service businesses; manufacturing and capital goods; and distribution. Former clients include Crunch, Planet Fitness, Lucky Strike Lanes, Physician's Formula, La Brea Bakery, Baby Guess?, The Walking Company, Callaway Golf, Shoe Pavilion, Fuddruckers and Mammoth Mountain Ski Area.

Beyond his responsibilities at FocalPoint, Mr. Stullich served on the Board of Directors of Milacron Inc. (NYSE: MZ), a global manufacturer of plastics processing equipment and supplies and is actively involved with Junior Achievement.

Mr. Stullich received his MBA from the UCLA Anderson School of Management and graduated summa cum laude with a bachelor's degree in accounting.

FOCALPOINT

0

# Nishen Radia

*Managing Director*



Nishen Radia is a co-founder of FocalPoint Partners, and has approximately 14 years of experience advising middle-market and multinational corporations on merger and acquisition strategies and execution, debt and equity capital raising and valuation/fairness opinions. Mr. Radia has worked at Merrill Lynch in London, Hong Kong and New York, and prior to that, SocGen Investment Banking and Baring Brothers in London.

Mr. Radia joined Merrill Lynch in London in 1998, where his principal geographic focus was the UK and Europe. At Merrill Lynch, Mr. Radia completed a number of high profile mergers and acquisitions with aggregate consideration of over $15 billion and worked with many of the leading companies in Europe and the US, including British Telecom plc, Marconi Group plc, Invensys plc, Hilton Group plc, Virgin Group, Tyco Inc., Kohlberg Kravis Roberts, Texas Pacific Group and British Aerospace plc on projects ranging from debt and equity issuance to domestic and cross-border mergers and acquisitions. Mr. Radia transferred to Hong Kong in July 2001 where he played a leading role in developing the South East Asian M&A advisory business, advising companies such as the Hysan Development Co., Hutchison Whampoa and its telecom/media subsidiaries, Johnson Controls, Dao Heng Bank and the Government of Singapore.

Since co-founding FocalPoint, Mr. Radia has closed numerous transactions in the US middle-market, where he has applied the technical expertise and know-how gained working with larger firms to his more entrepreneurial client base. Recent transactions he has completed include the sale of Physicians Formula cosmetics to Summit Partners, the sale of ImageOne's print assets to Greatland Corporation, the sale of Delta, a clinical trials and IT staffing business, to Vedior North America and a private-equity financing for Kate Somerville Skincare LLC. Mr. Radia's relationships include many leading domestic and multinational corporations, private equity groups and numerous capital providers ranging from banks to hedge funds.

Mr. Radia graduated in Economics with Honors from the University of Bristol, England and received his MBA with Distinction from Anderson School of Management at UCLA. He has been quoted in the Los Angeles Times and is a Board Member of the Valley Economic Development Council, a small business non-profit lender with over $30 million in loan capital. Mr. Radia was nominated for the M&A Advisor's 2010 "40 under 40" awards.

# Rajesh Sood

*Managing Director*



Rajesh Sood has served as the lead advisor in leveraged buyouts, financings, and merger & acquisition transactions aggregating several billion dollars in transaction value. For the last 15 years, he has focused on the middle market, helping his clients raise both debt and equity capital in connection with such transactions. During his career, Mr. Sood has successfully structured, marketed and closed over $5 billion in senior, subordinated, preferred stock and common equity placements. His clients have included many leading private equity firms as well as corporate entities seeking to employ highly leveraged capital structures. On numerous occasions he worked on deals involving the commitment of private equity to facilitate transactions, frequently on a principal basis.

Mr. Sood has also acquired significant experience advising management teams on merger and acquisition strategies. As a senior member of the Corporate Finance team at Houlihan Lokey Howard & Zukin, Mr. Sood successfully closed numerous M&A transactions. Prior to Houlihan Lokey, Mr. Sood worked in the Leverage Finance and High Yield Group at NationsBanc Montgomery Securities, where he completed leveraged buyout, cross-border, high-yield and project finance transactions for a number of leading companies in the United States.

Mr. Sood has represented clients in a wide range of industries including restaurant and retail, manufacturing, business services, financial services, building products, textiles, engineering services and telecommunications. Former notable clients include T.M. Cobb, Malden Mills, Wyle Laboratories, Orlimar Golf, Knoll Furniture, Moseley Associates, Wilshire Associates, Airgas, Penske Truck Leasing, Hunt Manufacturing, Roseburg Forest Products, Alcoa Fujikura Ltd, Small World Toys and Lucky Strike Lanes.

Mr. Sood holds a Bachelor of Science degree in Molecular Biology from Washington University in St. Louis, Missouri and a Masters in Business Administration with an emphasis in Finance from the University of Texas in Austin.

# Daniel Conway

*Managing Director*



Dan Conway has approximately 15 years of experience in middle market commercial finance. Most recently with Fleet Capital Corporation, Mr. Conway originated, structured and underwrote asset-based and cash flow commercial loans for companies in a variety of industries. He has an extensive network of capital providers including asset-based and cash flow lenders, mezzanine debt providers, junior secured or Term B debt providers, leasing companies, factors, and hedge funds. Mr. Conway also has considerable experience in the capital markets having provided securitization products and high yield debt. Many of the transactions completed by Mr. Conway have been done in conjunction with mergers and acquisitions and financial restructurings including bankruptcy sales and reorganizations. In this capacity, Mr. Conway has worked with private equity firms, bank group members, junior capital providers, bond holders and other constituents often in highly engineered capital structures.

Prior to joining Fleet Capital Corporation in 1998, Mr. Conway led many successful transactions at NationsBank, GMAC Commercial Services, and Barclays Business Credit. He started his career at Deloitte and Touche in Los Angeles where he earned his CPA certification.

In addition to his responsibilities at FocalPoint, Mr. Conway is a lecturer in the Finance Department at the University of Southern California.

Mr. Conway holds a bachelor's degree in business administration from the University of Notre Dame and an MBA from the University of Southern California where he was selected for membership in Beta Gamma Sigma in recognition of high scholastic achievement.

# Alexander Stevenson

*Managing Director*

Alex Stevenson has specialized in advising companies and their various stakeholder groups in special and distressed situations for approximately 14 years. He has initiated, designed, and executed various strategic and transaction alternatives on behalf of companies and creditor groups, including distressed M&A and financing transactions (debt and equity), as well as both in and out of court financial restructurings. Mr. Stevenson has substantive bankruptcy court testimony experience and is a frequent speaker on restructuring topics.

During his career, Mr. Stevenson has been involved in special and distressed situations involving the resolution of approximately $14 billion of financial obligations. Prior to joining FocalPoint, Mr. Stevenson was Co-Head of Corporate Finance for XRoads Solutions Group, a national middle market turnaround management and restructuring advisory firm. Earlier in his career, he was a Managing Director with Ernst & Young Corporate Finance, LLC. Notable situations in which Mr. Stevenson has provided investment banking and financial advisory services include LandSource Communities Development LLC, MetroOne Telecommunications, M&R Textile Equipment, Spectrum Restaurant Group, Functional Restoration Medical Group, Winn-Dixie Stores, Pillowtex Corporation, Gateway Container Leasing Corporation, Flow Industries, Komag Corporation, Consolidated Freightways, Metricom, Yipes Telecommunications, APS Holding, Geneva Steel Corporation, Edwards Theatre Circuit, Totes Isotoner, and Montgomery Ward.

In addition to his duties at FocalPoint, Mr. Stevenson serves as a member of the Board of Directors of a privately held armored car company.

Mr. Stevenson graduated cum laude from Michigan State University with a bachelor's degree in accounting. He is a member of the American Bankruptcy Institute, the Turnaround Management Association, and the Association for Corporate Growth. He also holds a CIRA designation from the Association of Insolvency and Restructuring Advisors.