Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

David B. Shemano, Esq.
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
(310) 552-3100

Proposed Counsel for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLUB VENTURES INVESTMENTS LLC, *et al.*,[1] | ) | Case No. 11-10891 (ALG) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## <u>DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES</u>

        The above captioned debtor (the "Debtor"), hereby submits its Schedules of Assets
and Liabilities (the "Schedules"). The Debtor and its affiliates form a premiere boutique gym
company operating stylish, upscale fitness clubs in four metropolitan areas in the United
States under the name DavidBartonGym.  The Debtor's business is managed by its Chief
Executive Officer, David Barton, and its Chief Financial Officer, Stephen Schwartz, who are
responsible for maintaining the Debtor's books and records.  Based on the information
available to these executives, the Debtor has attempted to provide complete and accurate
information, but no assurance can be made that the information is complete and accurate, as

---

[1] The following cases are jointly administered: 11-10891; 11-10892; 11-10894; 11-10893; 11-10896; 11-10895; 11-10897; 11-10900; 11-10898; 11-10899; 11-10901; 11-10902; 11-10903; 11-10905; 11-10904; 11-10906; 11-10907; 11-10908.

the books and records of the Debtor have not been audited or verified. The Debtor is, however, continuing to review and update the books and records and other financial information, and the information provided in the Schedules may need to be augmented or corrected in the future. Nothing contained in or omitted from the Schedules constitutes or should be deemed an admission by the Debtor, and the Debtor reserves the right to amend the Schedules periodically to the extent necessary to reflect new or additional information.

Any failure to designate a claim or lien listed on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, (i) any claim reflected on the Schedules as to amount, liability, priority, or classification, or (ii) any lien reflected on the Schedules as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated." Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that such contract or lease exists or is in fact "executory."

Dated: Los Angeles, California
      April 21, 2011

                  **PEITZMAN, WEG & KEMPINSKY LLP**

                  By:/s/  David B. Shemano_____
                        David B. Shemano
                  2029 Century Park East, Suite 3100
                  Los Angeles, CA 90067
                  (310) 552-3100

                      and

                  Jonathan L. Flaxer, Esq.
                  GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
                  437 Madison Avenue
                  New York, New York 10022
                  (212) 907-7300

                  Proposed Counsel for Debtors and Debtors-in-Possession

# United States Bankruptcy Court

## Southern District of New York

In re Club Ventures Investments LLC ,
Debtor

Case No. 11-10891

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 4 | $ 327,921.02 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 65,829,149.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 5,207,951.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 24 | $ 327,921.02 | $ $71,037,100.77 | |

In re  Club Ventures Investments LLC                    ,          Case No.  11-10891
                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total➤ | 0.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C   Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | x | | | |
| 2.  Checking, savings or other finan cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account (Account #xxxxxxxx6533), Bank of America, New York, NY | | 203,061.02 |
| 3.  Security deposits with public util ities, telephone companies, land lords, and others. | x | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6.  Wearing apparel. | x | | | |
| 7.  Furs and jewelry. | x | | | |
| 8.  Firearms and sports, photo graphic, and other hobby equipment. | x | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities.  Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | x | | | |

In re   Club Ventures Investments LLC                    ,          Case No.   11-10891
             **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | See attached Exhibit B-13 | | Unknown |
| 14. Interests in partnerships or joint ventures.  Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non negotiable instruments. | x | | | |
| 16. Accounts receivable. | | Due from shareholder D.Barton; New York, NY | | 124,860.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A    Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | x | | | |

In re    Club Ventures Investments LLC                    ,        Case No.    11-10891
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops   growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____1_____continuation sheets attached      Total ►     $                327,921.02

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**EXHIBIT B-13**
**Interests in Partnerships or Joint Ventures**

| Description | Location | Equity Interest | Value |
|---|---|---|---|
| Club Ventures II, LLC | 215 West 23rd Street New York, NY 10011 | 100% | Unknown |
| CV 2, LLC | 215 West 23rd Street New York, NY 10011 | 100% | Unknown |
| CV II Gym, LLC | 215 West 23rd Street New York, NY 10011 | 100% | Unknown |
| Club Ventures III, L.L.C. | 600 West Chicago Avenue Chicago, IL 60610 | 100% | Unknown |
| CV 3, LLC | 600 West Chicago Avenue Chicago, IL 60610 | 100% | Unknown |
| CV III Gym, LLC | 600 West Chicago Avenue Chicago, IL 60610 | 100% | Unknown |
| Club Ventures IV, LLC | 2301-2399 Collins Avenue Miami Beach, FL | 100% | Unknown |
| CV 4 LEASING, LLC | 2301-2399 Collins Avenue Miami Beach, FL | 100% | Unknown |
| CV IV Gym, LLC | 2301-2399 Collins Avenue Miami Beach, FL | 100% | Unknown |
| Club Ventures V, LLC | 108 N. State Street Chicago, IL | 100% | Unknown |
| Club Ventures VI, LLC | 50 West 23rd Street, 5th Fl. New York, NY 10011 | 100% | Unknown |
| CV VI, LLC | 50 West 23rd Street, 5th Fl. New York, NY 10011 | 100% | Unknown |
| CV VII GYM, LLC | 30 East 85th Street New York, NY 10028 | 100% | Unknown |
| Club Ventures VIII, LLC | 4-20 Astor Place New York, NY | 100% | Unknown |
| CV VIII GYM, LLC | 4-20 Astor Place New York, NY | 100% | Unknown |
| Club Ventures IX, LLC | 1510 Bay Road, 8th Fl. Miami beach, FL 33139 | 100% | Unknown |
| Club Ventures X, LLC | NE 8th Street and 112th Avenue, Bellevue, Washington | 100% | Unknown |
| CV X GYM, LLC | NE 8th Street and 112th Avenue, Bellevue, Washington | 100% | Unknown |
| Club Ventures XI, LLC | Wells & Roosevelt Road Chicago, IL | 100% | Unknown |
| Club Ventures XII, LLC | Queensbridge Summerlin, Nevada | 100% | Unknown |
| DB 85 GYM CORP. | 30 East 85th Street, New York, NY 10028 | 100% | Unknown |

In re **Club Ventures Investments LLC** ,     Case No. **11-10891**
            **Debtor**                                             **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bank of America, N.A. <br> 767 Fifth Ave. FL. 12A <br> New York, New York 10016 | x | | Loan Agreement (Aug. 2009) and Promissory Note (Dec 2010) secured by 1st lien on substantially all assets of Debtor <br><br> VALUE $ | | | | 11,115,000.00 | Unknown |
| ACCOUNT NO. <br><br> Praesidian Capital Investors, LP <br> Praesidian II SPV 1 LP <br> 419 Park Ave. South <br> New York, NY 10016 | x | | Security and Note Purchase Agreements (2005 - 2009) and Promissory Notes secured by substantially all of the assets of the Debtor <br><br> VALUE $ | | | | 30,568,473.00 | Unknown |
| ACCOUNT NO. <br><br> LBN Holding LLC <br> 277 Park Avenue <br> New York, New York 10172 | x | | Promissory Notes (2006) and Loan Agreement (2010) secured by substantially all of the assets of the Debtor <br><br> VALUE $ | | | | 23,452,141.00 | Unknown |

_1_ continuation sheets attached

Subtotal ▶   $ 65,135,614.00    $   Unknown
(Total of this page)

Total ▶   $      $
(Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   Club Ventures Investments LLC          ,      Case No.   11-10891
          **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Key Equipment Finance<br>1000 S McCaslin Blvd<br>Superior, CO 80027 | x | | Various capital equipment leases<br><br>VALUE $ | | | | 211,639.44 | Unknown |
| ACCOUNT NO.<br><br>Eastern Funding<br>213 West 35th Street, Suite 1000<br>New York, NY 10001 | x | | Capital equipment lease<br><br><br>VALUE $ | | | | 11,185.01 | Unknown |
| ACCOUNT NO.<br><br>NFS Leasing Inc.<br>900 Cummings Center Suite 302-U<br>Beverly, MA 01915 | x | | Capital equipment lease<br><br>VALUE $ | | | | 9,312.67 | Unknown |
| ACCOUNT NO.<br><br>VGM Leasing<br>PO Box 77077<br>Minneapolis, MN 55480 | x | | Various capital equipment leases<br><br>VALUE $ | | | | 461,254.78 | Unknown |
| ACCOUNT NO.<br><br>CIT Group<br>1540 W. Fountainhead Parkway<br>Tempe, AZ 85282 | x | | Capital equipment lease<br><br>VALUE $ | | | | 143.68 | Unknown |

Sheet no.___1___of___1___continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 693,535.58    |    $ Unknown

Total(s) ▶
(Use only on last page)

$ 65,829,149.58    |    $ Unknown

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**In re** <u>Club Ventures Investments LLC</u> ,                    **Case No.** <u>11-10891</u>
                    Debtor                                                                                  *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**In re** <u>Club Ventures Investments LLC</u> ,     **Case No.** <u>11-10891</u>

      Debtor                  *(if known)*

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u> 0 </u> continuation sheets attached

In re   Club Ventures Investments LLC                    ,          Case No.   11-10891
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ADP, INC.<br>P.O. Box 9001006<br>Louisville, KY  40290-1006 | X | | Payroll | | | | 4,618.52 |
| ACCOUNT NO.<br>Alko Printing<br>3208 NE 2nd Ave.<br>Miami, FL  33137 | X | | Advertising | | | | 6,501.00 |
| ACCOUNT NO.<br>American Exp - Platinum<br>P.O. Box 360001<br>Fort Lauderdale,FL 33336-0001 | X | | Credit Card | | | | 77,978.73 |
| ACCOUNT NO.<br>Americare Systems, Inc.<br>136 Arlington Avenue<br>Bloomfield, NJ  07003 | X | | Supplies | | | | 13,145.72 |

Subtotal▶  $ 102,243.97

_5_  continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Club Ventures Investments LLC**                                    Case No.    **11-10891**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Barack Ferrazzano Kirschbaum & Nagelber 200 West Madison Street Chicago, IL  60606 | | | Professional Fees | | | | 12,421.07 |
| BMI General Licensing PO Box 406741 Atlanta, GA  30384 | X | | Supplies | | | | 2,525.30 |
| Bulbs.com 243 Stafford St. Worcester, MA  01603 | X | | Supplies | | | | 7,884.99 |
| C2 Imaging LLC 4537 Solutions Center Chicago, IL  60677-4005 | X | | Advertising | | | | 1,647.85 |
| Captured Glory Promotional Branding 5201 NW 36 Street Miami Springs, FL  33166 | X | | Supplies | | | | 2,336.24 |
| CareerBuilder, LLC 13047 Collection Center Drive Chicago, IL  60693-0130 | x | | Recruiting | | | | 2,200.00 |
| CBIZ MHM, LLC 1065 Avenues of the Americas New York, NY  10018 | | | Professional fees | | | | 54,162.55 |
| CEMUSA NY, LLC 420 Lexington Avenue New York, NY  10170 | X | | Advertising | | | | 35,325.00 |
| Chromagraphics Press, Inc 3 Martha Drive Melville, NY  11747 | X | | Advertising | | | | 7,298.75 |
| Core Sports Nutrition 154 Marine St. Farmingdale, NY  11735 | X | | Supplies | | | | 14,344.47 |
| Corporation Service Company P.O. Box 13397 Philadelphia, PA  19101-3397 | x | | Misc | | | | 2,191.00 |

Subtotal                    $142,337.22

(Total of this page)

In re    Club Ventures Investments LLC                              Case No.    11-10891
                         Debtor                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CSI Software 3333 Richmond Avenue Houston, TX  77098 | X | | Software | | | | 10,607.99 |
| CytexOne 50 Hudson Street 3rd Floor New York, NY  10013 | X | | Trade | | | | 3,540.67 |
| DailyCandy, Inc. 584 Broadway New York, NY  10012 | X | | Advertising | | | | 26,503.00 |
| Fed Ex P.O. Box 371461 Pittsburgh, PA  15250-7461 | X | | Supplies | | | | 6,838.99 |
| Fitness Wholesale 1810 Summit Commerce Park Twinsburg, OH  44087 | X | | Supplies | | | | 1,417.99 |
| Grainger DEPT. 864993175 Palatine, IL  60038-0001 | X | | Supplies | | | | 32,078.15 |
| Hub International PO Box 414972 Boston, MA  02241-4972 | | | Insurance | | | | 22,174.46 |
| JB&A Real Estate & Development 1101 W. Waterloo Road Edmond, OK  73025 | | | Professional Fees | | | | 813.89 |
| Life Fitness 2716 Network Place Chicago, IL  60673-1271 | X | | Supplies | | | | 4,254.54 |
| MaxTex PO Box 463 Alpharetta, GA  30004 | X | | Supplies | | | | 11,046.49 |
| Michael Yeater 521 Fifth Avenue, Suite 3300 New York, NY 10175 | | | Litigation | x | x | x | 6,944.44 |
| Mojoware 206 Trenton street West Monroe, LA  71291 | X | | Supplies | | | | 13,267.70 |

Page 3 of 6

Subtotal

(Total of this page)

$139,488.31

In re __Club Ventures Investments LLC__      Case No. __11-10891__
           **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| The Morris + King Company 101 Fifth Ave, 8th Floor New York, NY 10003 | X | | Advertising | | | | 8,085.00 |
| Morrison Cohen 909 Third Avenue New York, NY 10022-4784 | | | Professional Fees | | | | 115,471.25 |
| Moses & Singer LLP 405 Lexington Avenue New York, NY 10174-1299 | | | Professional Fees | | | | 115,132.28 |
| Motionsoft, Inc. 8701 Georgia Ave, Suite 200 Silver Spring, MD 20910 | X | | software | | | | 7,607.32 |
| N.T.I.Linen Inc. PO Box 3786 OakBrook, IL 60522-3786 | X | | Supplies | | | | 13,256.51 |
| National Flag & Display Co., Inc. 22 West 21st Street New York, NY 10010 | X | | Supplies | | | | 298.03 |
| OCRF 14 Pennsylvania Plaza New York, NY 10122 | X | | Charity | | | | 22,894.51 |
| One Source Visual Marketing Solutions 108 Weat 39th Street New York, NY 10018 | X | | Advertising | | | | 62,091.22 |
| Plastek Cards 655 Metro Place South Dublin, OH 43017 | X | | Advertising | | | | 10,105.75 |
| Power Gripps USA, Inc. 2007 41 Pomola Ave Sorrento, ME 04677 | X | | Supplies | | | | 1,311.60 |
| The Protein Bakery 20 West 20th Street New York, NY 10011 | X | | Supplies | | | | 70.50 |
| Ready Care Industries Inc. 15845 East 32nd Ave Aurora, CO 80011 | X | | Supplies | | | | 43,096.84 |

Subtotal        $399,320.81

(Total of this page)

In re __Club Ventures Investments LLC_____ Case No. ___11-10891_____
                         **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Receivable Management Services PO Box 8500-55028 Philadelphia, PA 19178-5028 | X | | Collections | | | | 2,087.98 |
| Sagacity Direct 623 SW Oak St Portland, OR 97205 | X | | Advertising | | | | 3,440.00 |
| Shadow Public Relations 1133 Broadway, Suite 1222 New York, NY 10010 | X | | Advertising | | | | 27,991.91 |
| Staples Advantage Dept DET Chicago, IL 60696-3689 | X | | Supplies | | | | 5,208.95 |
| Star Insurance Company P O Box 31130 Tampa, FL 33631-3130 | X | | Insurance | | | | 2,906.00 |
| Studio Sofield 380 Lafayette Street New York, NY 10003 | X | | Professional fees | | | | 50,784.91 |
| Supero Omnia Inc. 6600 St.Urbain Montreal, QU H2S 3G8 | X | | Supplies | | | | 1,560.00 |
| Tannenbaum Helpern Syracuse & Hirschtri 900 Third Avenue New York, NY 10022-4775 | | | Professional Fees | | | | 183,500.08 |
| Thornton Tomasetti, Inc. P. O. Box 826203 Philadelphia, PA 19182-6203 | X | | Supplies | | | | 4,131.84 |
| Titan SEO, Inc. 355 West Grand Avenue STE 5 Escondido, CA 92025 | X | | Advertising | | | | 3,000.48 |
| Uline 2200 S. Lakeside Drive Waukegan, IL 60085 | X | | Supplies | | | | 1,676.41 |

Subtotal           $286,288.56

(Total of this page)

In re    **Club Ventures Investments LLC**                                     Case No.    **11-10891**
                           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| UPS<br>P.O.Box 7247-0244<br>Philadelphia, PA  19170-0001 | X | | Supplies | | | | 457.21 |
| UrbanDaddy Inc.<br>900 Broadway, Suite 808<br>New York, NY  10003 | X | | Advertising | | | | 2,300.00 |
| V Magazine LLC<br>11 Mercer Street<br>New York, NY 10013 | X | | Advertising | | | | 27,500.00 |
| XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693 | X | | Communications | | | | 5,455.11 |
| Elan Ben-Avi<br>500 E. 77th St. Apt. 1615<br>New York, NY 10162 | | | Employment agreement | | | X | 532,560.00 |
| Mark Berkowitz<br>235 West 56th St. Apt. 24D<br>New York, NY 10019 | X | | Employment agreement | X | X | X | 3,570,000.00 |

Page 6 of 6                                                       Subtotal              | $4,138,272.32 |
                                                                 (Total of this page)

                                                                 Total Schedule F

In re   Club Ventures Investments LLC                        ,        Case No.    11-10891
                      **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Elan Ben-Avi<br>500 E77th Street, Apt 1615<br>New York, New York 10162 | Employment Agreement April, 2010 |
| Stephen Schwartz<br>52 Linda Ave<br>White Plains, New York 10605 | Letter of Employment February 22, 2009 |
| Meridian Sports Club California, LLC<br>101 Fourth Street<br>San Rafael, CA 94901 | Management Agreement dated December 1, 2010 |
| The Bravern LLC<br>228 108th Avenue NE<br>Bellevue, Washington 98004 | Guaranty of Lease Agreement dated July 18, 2007 |
| Eastern Funding<br>213 West 35th Street<br>New York, New York 10001 | Capital equipment lease |
| Key Equipment Finance<br>1000 S McCaslin Blvd<br>Superior, CO 80027 | Capital equipment leases |

 1_  continuation sheet(s)

In re <u>Club Ventures Investments LLC</u> ,     Case No. <u>11-10891</u>
         **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NFS Leasing Inc<br>900 Cummings Center, Suite 302-U<br>Beverly, M 01915 | Capital equipment lease |
| CIT Group<br>1540 W. Fountainhead Parkway<br>Tempe, AZ 85282 | Capital equipment lease |
| VGM Leasing<br>PO Box 77077<br>Minneapolis, MN 55480-7777 | Capital equipment lease |
| | |
| | |
| | |

Continuation sheet <u>1</u> of <u>1</u>

In re   Club Ventures Investments LLC          ,          Case No. ___11-10891_____
              **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Club Ventures II, LLC; CV 2, LLC; CV II Gym, LLC; Club Ventures III, L.L.C.; CV 3, LLC; CV III Gym, LLC; Club Ventures IV, LLC; CV 4 LEASING, LLC; CV IV Gym, LLC; Club Ventures V, LLC; Club Ventures VI, LLC; CV VI, LLC; CV VII GYM, LLC; Club Ventures VIII, LLC; CV VIII GYM, LLC; Club Ventures IX, LLC; Club Ventures X, LLC; CV X Gym, LLC; Club Ventures XI, LLC; Club Ventures XII, LLC, DB 85 GYM CORP. (collectively, the "Subsidiaries")* | American Exp - Platinum<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 |
| Subsidiaries | One Source Visual Marketing Solutions<br>108 Weat 39th Street<br>New York, NY 10018 |
| Subsidiaries | Studio Sofield<br>380 Lafayette Street<br>New York, NY 10003 |
| Subsidiaries | Ready Care Industries Inc.<br>15845 East 32nd Ave<br>Aurora, CO 80011 |
| Subsidiaries | CEMUSA NY, LLC<br>420 Lexington Avenue<br>New York, NY 10170 |
| Subsidiaries | Grainger<br>DEPT. 864993175<br>Palatine, IL 60038-0001 |
| Subsidiaries | Shadow Public Relations<br>1133 Broadway, Suite 1222<br>New York, NY 10010 |
| Subsidiaries | V Magazine LLC<br>11 Mercer Street<br>New York, NY 10013 |

*The corporate headquarters for the Subsidiaries is 50 West 23rd Street, 5th Floor, New York, New York 10011.

  6   continuation sheets

In re   Club Ventures Investments LLC_____ ,          Case No.___11-10891_____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Subsidiaries | DailyCandy, Inc. 584 Broadway New York, NY 10012 |
| Subsidiaries | OCRF 14 Pennsylvania Plaza New York, NY 10122 |
| Subsidiaries | Core Sports Nutrition 154 Marine St. Farmingdale, NY 11735 |
| Subsidiaries | Mojoware 206 Trenton street West Monroe, LA 71291 |
| Subsidiaries | N.T.I.Linen Inc. PO Box 3786 OakBrook, IL 60522-3786 |
| Subsidiaries | Americare Systems, Inc. 136 Arlington Avenue Bloomfield, NJ 7003 |
| Subsidiaries | MaxTex PO Box 463 Alpharetta, GA 30004 |
| Subsidiaries | CSI Software 3333 Richmond Avenue Houston, TX 77098 |

In re   Club Ventures Investments LLC                ,          Case No.   11-10891
                              **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Subsidiaries | Plastek Cards<br>655 Metro Place South<br>Dublin, OH  43017 |
| Subsidiaries | The Morris + King Company<br>101 Fifth Ave, 8th Floor<br>New York, NY  10003 |
| Subsidiaries | Bulbs.com<br>243 Stafford St.<br>Worcester, MA  01603 |
| Subsidiaries | Motionsoft, Inc.<br>8701 Georgia Ave, Suite 200<br>Silver Spring, MD  20910 |
| Subsidiaries | Chromagraphics Press, Inc<br>3 Martha Drive<br>Melville, NY  11747 |
| Subsidiaries | Fed Ex<br>P.O. Box 371461<br>Pittsburgh, PA  15250-7461 |
| Subsidiaries | Alko Printing<br>3208 NE 2nd Ave.<br>Miami, FL  33137 |
| Subsidiaries | Staples Advantage<br>Dept DET<br>Chicago, IL  60696-3689 |

In re    Club Ventures Investments LLC                ,    Case No.    11-10891
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Subsidiaries | Life Fitness<br>2716 Network Place<br>Chicago, IL  60673-1271 |
| Subsidiaries | Thornton Tomasetti, Inc.<br>P. O. Box 826203<br>Philadelphia, PA  19182-6203 |
| Subsidiaries | CytexOne<br>50 Hudson Street 3rd Floor<br>New York, NY  10013 |
| Subsidiaries | Sagacity Direct<br>623 SW Oak St<br>Portland, OR  97205 |
| Subsidiaries | Titan SEO, Inc.<br>355 West Grand Avenue STE 5<br>Escondido, CA  92025 |
| Subsidiaries | Star Insurance Company<br>P O Box 31130<br>Tampa, FL  33631-3130 |
| Subsidiaries | BMI General Licensing<br>PO Box 406741<br>Atlanta, GA  30384 |
| Subsidiaries | Captured Glory Promotional Branding<br>5201 NW 36 Street<br>Miami Springs, FL  33166 |

Continuation sheet  3  of  6

In re   Club Ventures Investments LLC           ,          Case No.   11-10891
                    **Debtor**                                         **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Subsidiaries | UrbanDaddy Inc.<br>900 Broadway, Suite 808<br>New York, NY  10003 |
| Subsidiaries | CareerBuilder, LLC<br>13047 Collection Center Drive<br>Chicago, IL  60693-0130 |
| Subsidiaries | Corporation Service Company<br>P.O. Box 13397<br>Philadelphia, PA  19101-3397 |
| Subsidiaries | Receivable Management Services<br>PO Box 8500-55028<br>Philadelphia, PA  19178-5028 |
| Subsidiaries | Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL  60085 |
| Subsidiaries | C2 Imaging LLC<br>4537 Solutions Center<br>Chicago, IL  60677-4005 |
| Subsidiaries | Supero Omnia Inc.<br>6600 St.Urbain<br>Montreal, QU  H2S 3G8 |
| Subsidiaries | Fitness Wholesale<br>1810 Summit Commerce Park<br>Twinsburg, OH  44087 |

Continuation sheet  4  of  6

In re ___Club Ventures Investments LLC___ ,          Case No. ___11-10891___
                    **Debtor**                                                (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Subsidiaries | Power Gripps USA, Inc. 2007<br>41 Pomola Ave<br>Sorrento, ME  04677 |
| Subsidiaries | UPS<br>P.O.Box 7247-0244<br>Philadelphia, PA  19170-0001 |
| Subsidiaries | National Flag & Display Co., Inc.<br>22 West 21st Street<br>New York, NY  10010 |
| Subsidiaries | The Protein Bakery<br>20 West 20th Street<br>New York, NY  10011 |
| Subsidiaries | Praesidian Capital Investors, LP<br>Praesidian II SPV 1 LP<br>419 Park Ave. South<br>New York, NY 10016 |
| Subsidiaries | LNB Holding LLC<br>277 Park Avenue<br>New York, New York 10172 |
| John Howard<br>277 Park Ave., 39th Fl.<br>New York, NY 10072 | Bank of America, N.A.<br>767 Fifth Ave. Floor 12A<br>New York, New York 10016 |
| Club Ventures III, L.L.C.; Club Ventures X, LLC | Eastern Funding<br>213 West 35th Street,<br>Suite 1000<br>New York, NY 10001 |

In re  Club Ventures Investments LLC                    ,          Case No.  11-10891
_____                         _____
            **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Club Ventures VIII, LLC; CV 4 LEASING, LLC; CV VI, LLC | NFS Leasing Inc.<br>900 Cummings Center<br>Suite 302-U<br>Beverly, MA 01915 |
| CV 3, LLC; CV 4 LEASING, LLC; CV II Gym, LLC; CV III Gym, LLC; CV IV Gym, LLC; CV 2, LLC | VGM Leasing<br>PO Box 77077<br>Minneapolis, MN 55480 |
| CV 3, LLC; CV 3 LEASING, LLC; CV II Gym, LLC; CV III Gym, LLC; CV IV Gym, LLC | CIT Group<br>1540 W. Fountainhead Parkway<br>Tempe, AZ 85282 |
| CV 2, LLC | Key Equipment Finance<br>1000 S McCaslin Blvd<br>Superior, CO 80027 |
| John Howard, 277 Park Ave., 39th Fl. New York, NY 10072<br>David Barton, 163 W. 22nd St. #1, New York, NY 10010 | Mark Berkowitz<br>235 West 56th St. Apt 24D<br>New York, NY 10019 |
| | |
| | |
| | |

Continuation sheet  6  of  6

In re **Club Ventures Investments LLC**                    Case No. **11-10891**
            Debtor                                                        (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date _____          Signature: _____
                                                                                        Debtor


Date _____          Signature: _____
                                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.


_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                      Date


Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **limited liability company** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.


Date **4/21/2011**                    Signature: _____

                                              Stephen Schwartz, Chief Financial Officer
                                              [Print or type name of individual signing on behalf of debtor.]


*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*