Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

David B. Shemano, Esq.
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
(310) 552-3100

Counsel for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CLUB VENTURES INVESTMENTS LLC, *et al.*,[1] ) | Case No. 11-10891 (ALG) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF REVISED DISCLOSURE STATEMENT**
**FOR THE DEBTORS' JOINT PLAN OF REORGANIZATION**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on August 12, 2011, Club Ventures Investments, LLC, *et al.*, the debtors and debtors-in-possession (the "Debtors") in the above-captioned jointly administered cases, served on all creditors entitled to vote on the Revised Plan and all holders of executory contracts a revised version of the Debtors' Disclosure Statement For The Joint Plan Of Reorganization Of The Debtors Under Chapter 11 Of The Bankruptcy Code (the "Revised Disclosure Statement") filed on August 1, 2011. Attached hereto are the following:

   1. The Revised Disclosure Statement is attached as Exhibit 1.

---

[1] Jointly Administered with Case Nos.: 11-10892; 11-10894; 11-10893; 11-10896; 11-10895; 11-10897; 11-10900; 11-10898; 11-10899; 11-10901; 11-10902; 11-10903; 11-10905; 11-10904; 11-10906; 11-10907; 11-10908.

2. A redline copy the Revised Disclosure Statement (excluding exhibits), showing the differences from the Disclosure Statement filed on August 1, 2011, is attached as Exhibit 2.

Dated: Los Angeles, California
      September 22, 2011

**PEITZMAN, WEG & KEMPINSKY LLP**

By:   /s/ David B. Shemano
      David B. Shemano
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
(310) 552-3100

    and

Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

Counsel for Debtors and Debtors-in-Possession